UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GRACIELA DONCOUSE,

Plaintiff,

*Civil Action No.*

1:22-cv-1173-RA

-against-

MOOSE USA INC. d/b/a MOOSE KNUCKLES
AND 57- 63 GREENE REALTY, LLC,

Defendants.

------------------------------------------------------X

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, GRACIELA DONCOUSE and Defendants MOOSE USA INC. d/b/a MOOSE KNUCKLES and 57-63 GREENE REALTY, LLC hereby notify this Honorable Court that settlement has been reached in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

Dated: April 13, 2022

By:____________________________

Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775