**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA DONCOUSE, Plaintiff. | Civil Action No. 1:22-cv-01173-RA |
| Versus | **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |
| MOOSE USA, INC., d/b/a MOOSE KNUCKLES AND 57-63 GREENE REALTY, LLC, Defendants. | |

The above-named parties, by and through their undersigned attorneys, the said parties being all parties who have appeared in this action, none of whom is an infant, an incompetent person for whom a committee has been appointed or a conservatee, and there being no person not a party who has an interest in the subject matter of the action, hereby stipulate and agree that this action shall be dismissed in full pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, each party to bear their own costs, disbursements, and attorney's fees incurred prior to the date of this stipulation, except as otherwise agreed to by the parties pursuant to a Confidential Settlement Agreement.

Date: ~~April~~ May 18, 2022

Bradley G. Marks, Esq.
**THE MARKS FIRM, P.C.**
155 East 55th St. (Suite 6A)
New York, NY 10022
Tel: (646) 770-3775
E-mail: bmarkslaw@gmail.com

*Attorneys for Plaintiff*

Joshua A. Stein, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, NY 10022
Tel: (212) 351-4660
E-mail: jstein@ebglaw.com

*Attorneys for Defendant Moose*

SO ORDERED:

________________________________ Date: ____________________________

Hon. ________________, U.S.D.J. ___________________________